1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PRINCE

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,           )   No. CR 10-00153-JF
                                       )
12            Plaintiff,                )   **STIPULATION TO CONTINUE**
   v.                                  )   **HEARING; [PROPOSED] ORDER**
13                                     )
   DAVID BOYER PRINCE,                 )
14                                     )
              Defendant.                )
15 _____)

16        Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the hearing date in the above-captioned matter, presently

18 scheduled for Thursday, August 26, 2010 at 9:00 a..m., be continued to Thursday, September 9,

19 2010, at 9:00 a.m.  The continuance is requested to allow the defense time for preparation as well

20 as to allow the parties time to complete their discussions concerning possible resolution of the

21 matter.

22        The parties further agree and stipulate that time should be excluded from and including

23 August 26, 2010 through and including September 9, 2010, pursuant to Speedy Trial Act, 18

24 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that

25 ///

26 ///

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 10-00153-JF                              1

1 granting the requested exclusion of time will serve the interest of justice and outweigh the

2 interest of the public and defendant in a speedy trial.

3 Dated: 8/25/10                                     _____/s/_____
                                                     NICHOLAS P. HUMY
4                                                    Assistant Federal Public Defender

5 Dated: 8/25/10                                     _____/s/_____
                                                     JOSEPH FAZIOLI
6                                                    Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 10-00153-JF                           2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00153-JF |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER** |
| v. | |
| DAVID BOYER PRINCE, | |
| Defendant. | |

### ~~[PROPOSED]~~ ORDER

The parties have jointly requested a continuance of the status hearing set for August 26, 2010, to allow the defense time for preparation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for August 26, 2010, be continued to September 9, 2010 at 9:00 a.m. as well as the period of delay from August 26, 2010, to and including September 9, 2010, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: 8/27/10

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 10-00153-JF                       3