BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PRINCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00153-JF |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER** |
| v. | ) | |
| DAVID BOYER PRINCE, | ) | |
| Defendant. | ) | |

　　　　Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Thursday, September 16, 2010 at 9:00 a..m., may be continued to Thursday, September 30, 2010, at 9:00 a.m.

　　　　The parties further agree and stipulate that time should be excluded from and including September 16, 2010 through and including September 30, 2010, for effective defense preparation and continuity of defense counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

///

///

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 10-00153-JF                    1

1 | exclusion of time will serve the interest of justice and outweigh the interest of the public and
2 | defendant in a speedy trial.
3
4 | Dated: 9/15/10                             _____/s/_____
                                                NICHOLAS P. HUMY
5 |                                             Assistant Federal Public Defender
6 | Dated: 9/15/10                             _____/s/_____
                                                JOSEPH FAZIOLI
7 |                                             Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 10-00153-JF                          2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID BOYER PRINCE,<br><br>        Defendant. | No. CR 10-00153-JF<br><br>**STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER** |

### [~~PROPOSED~~] ORDER

The parties have jointly requested a continuance of the status hearing set for September 16, 2010.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 16, 2010, shall be continued to September 30, 2010 at 9:00 a.m.

IT IS FURTHER ORDERED that 14 days shall be excluded from the period of time in which trial shall commence under the Speedy Trial Act as the reasonable time necessary for continuity of counsel and effective defense preparation, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(7)(B)(iv).

Dated: 9/15/10

                                            JEREMY FOGEL<br>
                                            United States District Judge