1   MELINDA L. HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   JOSEPH FAZIOLI (CABN 275564)
    Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5595
7       Facsimile: (408) 535-5066
        joseph.fazioli@usdoj.gov
8
    Attorneys for the United States
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  _____ )   No. CR 10-00153 JF
    UNITED STATES OF AMERICA,        )
15                                   )   STIPULATION AND [PROPOSED]
            Plaintiff,               )   ORDER RESCHEDULING
16                                   )   PRETRIAL CONFERENCE
        v.                           )
17                                   )
    DAVID BOYER PRINCE,              )
18                                   )
            Defendant.               )
19  _____ )

20          This matter is currently set for trial beginning on June 20, 2011 with jury selection

21  scheduled for June 17, 2011.  The parties now jointly request that pretrial conference for this

22  matter – currently scheduled for May 13, 2011 – be rescheduled to May 17, 2011.  The parties

23  agree, and the Court finds and holds, as follows:

24  //

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 10-00153 JF

1.      The currently scheduled May 13, 2011 pretrial conference date is hereby vacated.

2.      This matter is set for pretrial conference on May 17, 2011, at 9:00 a.m.

SO STIPULATED:

DATED:_____4/25/11_____          _____/s/_____
                                                        DANIEL BARTON
                                                        Defense Counsel


DATED:_____4/25/11_____          _____/s/_____
                                                        JOSEPH FAZIOLI
                                                        Assistant United States Attorney

IT IS SO ORDERED.

DATED:___4/29/11_____          _____
                                                        JEREMY FOGEL
                                                        UNITED STATES DISTRICT JUDGE

Stipulation and [proposed] order
CR 10-00153 JF