IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        No. CR-10-0153 CRB

    Plaintiff,

        **ORDER**

v.

DAVID BOYER PRINCE,

    Defendant.

IT IS HEREBY ORDERED that the United States District Clerk's Office shall furnish refreshments on September 22, 2011 for the members of the jury in the above-entitled matter at the expense of the United States.

Dated: September 21, 2011

        CHARLES R. BREYER
        UNITED STATES DISTRICT JUDGE

N:\juryrefreshemnts\docs