UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00153 CRB |
| Plaintiff, ) | |
| ) | ~~PROPOSED~~ VERDICT FORM |
| v. ) | |
| DAVID BOYER PRINCE, ) | |
| Defendant. ) | |

We, the members of the Jury in the above-entitled action, unanimously find the defendant, DAVID BOYER PRINCE:

COUNT ONE

1. _____ of the charge of wire fraud on or about October 4, 2005
   Guilty/Not Guilty

   with respect to a wire sent by Bobby Joe Williams.

COUNT TWO

2. _____ of the charge of wire fraud on or about December 30, 2005
   Guilty/Not Guilty

   with respect to a wire sent by Bobby Joe Williams.

COUNT THREE

3. _Guilty_ of the charge of wire fraud on or about January 13, 2006,
   Guilty/Not Guilty

   with respect to a wire sent by Shawn Sullivan.

//
//

COUNT FOUR

4. __Guilty__ of the charge of wire fraud on or about February 8, 2006
   Guilty/Not Guilty

   with respect to a wire sent by Howard Gore.

COUNT FIVE

5. __Guilty__ of the charge of wire fraud on or about April 27, 2006
   Guilty/Not Guilty

   with respect to an out-of-state counter deposit by Robert Bolander.

COUNT SIX

6. __Guilty__ of the charge of wire fraud on or about May 1, 2006
   Guilty/Not Guilty

   with respect to a wire sent by The Minh Huynh.

COUNT SEVEN

7. __Guilty__ of the charge of wire fraud on or about May 26, 2006
   Guilty/Not Guilty

   with respect to a wire sent by Robert Perini.

DATED: 10/5/11

_____
FOREPERSON

FILED on Oct. 05, 2011, at 10:00a. o'clock and 50 minutes a.m.

BY: _____
    COURTROOM DEPUTY CLERK