UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **DAVID PRINCE**, <br><br> Defendant. | No. CR-10-00153 CRB <br><br> Order Exonerating Bond <br><br> Judge Charles R. Breyer |

Good cause appearing, it is hereby order that the bond posted in this matter is exonerated.

Dated: August 6, 2012

_____
Charles R. Breyer
District Judge