IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID BOYER PRINCE,<br><br>    Defendant.                   / | No. C 10-00153 CRB<br><br>**ORDER DENYING PRO SE MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582** |

Defendant David Prince moves for modification of his sentence pursuant to 18 U.S.C. § 1582. See Motion for Misc. Relief (dkt. 317). The Court lacks jurisdiction to grant the relief requested and therefore DENIES the motion.

**IT IS SO ORDERED.**

Dated: December 20, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\153\Prince order re sentence reduction.wpd